UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

DEVANTE B. HARRIS,

        Plaintiff,

vs.

M. DOLANTO,

        Defendant.

1:20-cv-00042-DAD-GSA-PC

**ORDER GRANTING REQUEST (ECF No. 10.)**

**ORDER DIRECTING CLERK TO CORRECT THE SPELLING OF DEFENDANT'S LAST NAME**

Devante B. Harris ("Plaintiff") is a state prisoner proceeding *pro se* with this civil rights action pursuant to 42 U.S.C. § 1983. On January 8, 2020, Plaintiff filed the Complaint commencing this action. (ECF No. 1, 2.)

On February 10, 2020, Plaintiff notified the court that his sole defendant's last name was misspelled on the court's docket. Plaintiff requests that the last name be corrected from Dolanto to Docanto. Good cause appearing, Plaintiff's request shall be granted.

Accordingly, IT IS HEREBY ORDERED that:

1.      Plaintiff's request, filed on February 10, 2020, is GRANTED;

2.      The Clerk is directed to correct the sole defendant's last name on the record from Dolanto to Docanto.

IT IS SO ORDERED.

Dated:   **February 12, 2020**             **/s/ Gary S. Austin**
                                      UNITED STATES MAGISTRATE JUDGE