UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVANTE B. HARRIS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>M. DOCANTO,<br><br>　　　　Defendant. | No. 1:20-cv-00042-DAD-GSA (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. No. 8) |

　　　　Plaintiff Devante B. Harris is a state prisoner proceeding pro se with this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On February 10, 2020, the assigned magistrate judge issued findings and recommendations, recommending that plaintiff's motion for leave to proceed *in forma pauperis* be denied under 28 U.S.C. § 1915 due to the $39,183.65 current balance in his prison trust account and that plaintiff be required to pay the $400.00 filing fee in full for this action.  (Doc. No. 8.)  Plaintiff was granted fourteen (14) days in which to file objections to the findings and recommendations.  (*Id.* at 2.)  No objections have been filed, and the time in which to do so has passed.

　　　　In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, this court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the

court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly:

1. The findings and recommendations issued on February 10, 2020, (Doc. No. 8), are adopted in full;

2. Plaintiff's motion for leave to proceed *in forma pauperis*, filed on January 8, 2020, (Doc. No. 2), is denied; and

3. Plaintiff is directed to pay the $400.00 filing fee in full for this action within thirty (30) days of the date of service of this order.  Failure to comply with this order shall result in the dismissal of this action.

IT IS SO ORDERED.

Dated:   **April 18, 2020**

UNITED STATES DISTRICT JUDGE